### WALL v. SOLOMON. (No. 1578.)

(Court of Civil Appeals of Texas. El Paso. March 6, 1924.)

**Appeal and error ⬤⟹773(2)—Appeal dismissed, where neither party filed brief.**

Where no brief is filed by either party, the appeal is dismissed for want of prosecution.

Appeal from Eastland County Court at Law; J. H. Jones, Judge.

Suit by H. F. Solomon against Frank M. Wall. From a judgment for plaintiff, defendant appeals. Appeal dismissed.

Chandler & Pannill, of Stephenville, for appellant.

Scott, Brelsford, Funderburk & Ferrell, of Eastland, for appellee.

WALTHALL, J. This suit was brought by H. F. Solomon against Frank M. Wall, to recover the sum of $600 on a check given by Wall to Solomon on a bank; the check not having been paid. Judgment was in favor of appellee for the amount sued for. No brief is filed by either party, and the appeal is dismissed for want of prosecution.